TOWN OF GREENBURGH, Appellant, *v.* WESTCHESTER LIGHTING COMPANY, Respondent.
(Actions Nos. 1 and 2.)

*Municipal corporations — injunction — gas holders — actions to enjoin erection and maintenance of gas holder.*

*Town of Greenburgh* v. *Westchester Lighting Co.* (2 cases), 217 App. Div. 263, 781, affirmed.

(Argued June 20, 1927; decided July 20, 1927.)

APPEAL, in each of the above-entitled actions, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 13, 1926, unanimously affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term. The actions were to enjoin the erection and maintenance by the defendant of a gas holder, upon the ground that it was an unlawful structure, because built and maintained without first obtaining a permit therefor from the plaintiff's town board, in accordance with certain regulatory health ordinances.

*Julius Henry Cohen, Bernard Hershkopf, Ernest F. Griffin* and *Theodore B. Richter* for appellant.

*Chauncey B. Garver, John A. Garver* and *Henry R. Barrett* for respondent.

Judgment in each case affirmed, with costs. Held that the gas tank was properly constructed under ordi-

nance No. 1 and a right to injunctive relief under ordinance No. 2 was not established.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN and O'BRIEN, JJ. Absent: ANDREWS and KELLOGG, JJ.